**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas reciprocal inter-insurance exchange,  Plaintiff,  v.  WELLS FARGO BANK, N.A., a national banking association,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 2:18-CV-245 (JRG)  JURY TRIAL DEMANDED |

**ORDER**

Before the Court is Wells Fargo Bank, N.A.'s ("Wells Fargo") Unopposed Motion to Extend Reply and Sur-Reply Deadlines (Dkt. No. 45). Having considered the Unopposed Motion, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for Wells Fargo's Reply to its Motion for Judgment on the Pleadings (Dkt. No. 28) is hereby by extended by seven (7) days up to and including November 9, 2018, and the deadline for Plaintiff's Sur-Reply to the same is hereby by extended by seven (7) days up to and including November 26, 2018.

**So Ordered this**
Oct 30, 2018

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE