IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § § § § § § § § § § § § |  |
|---|---|---|
| *Plaintiff*, | | |
| v. | | Case No. 2:18-CV-00245-JRG |
| WELLS FARGO BANK, N.A. | | |
| *Defendant*. | | |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne for claim construction purposes only pursuant to 28 U.S.C. § 636. Magistrate Judge Payne's Claim Construction Memorandum and Order (Dkt. No. 100) construed various terms from four U.S. Patents: No. 8,699,779, No. 8,977,571, No. 9,366,517, and No. 9,818,090. Plaintiff objects (Dkt. No. 110) to the construction of five terms: the "deposit" terms, "monitoring criterion," the "capture" terms, "feedback," and "feedback information," while Defendant objects (Dkt. No. 109) to the construction of three terms: the "deposit terms," "mobile device," and "mobile computing device."

Having reviewed the Claim Construction Memorandum and Order, the parties' claim construction briefing (Dkt. Nos. 81, 84, and 85), and the parties' Objections to the court's constructions of the disputed terms, the Court agrees with Magistrate Judge Payne's constructions, and likewise concludes that the parties' Objections are unpersuasive. Because the Court finds that Magistrate Judge Payne's claim constructions are correct, Plaintiff's Objections

(Dkt. No. 110) and Defendant's Objections (Dkt. No. 109) are **OVERRULED**. The Claim Construction Memorandum and Order (Dkt. No. 100) is hereby adopted.

**So Ordered this**

**Jul 9, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE