# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **UNITED SERVICES AUTOMOBILE ASSOCIATION,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>   **Defendant.** | Case No. 2:18-cv-245-JRG |

## DECLARATION OF MICHAEL A. BITTNER

I, MICHAEL BITTNER, declare as follows:

1. I am an attorney with Winston & Strawn, LLP, which represents Wells Fargo Bank, N.A. in the above captioned matter. I submit this declaration in support of Defendant Wells Fargo Bank, N.A.'s Reply in Support of its Motion for Summary Judgment of No Indirect Infringement. I know the facts stated herein to be true of my personal knowledge and if called upon to testify to such facts could and would do so competently.

2. Attached as Exhibit A is a true and correct copy of the Amendment to Product Order No. 2011000429, attached to the Agreement between Carreker Corporation and Wells Fargo Bank, N.A., dated October 31, 2013.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of September, 2019, in Dallas, Texas.

*/s/ Michael A. Bittner*
Michael A. Bittner
