**EXHIBIT A FILED UNDER SEAL**

Redacted in its entirety