# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED STATES AUTOMOBILE ASSOCIATION § § § § § § § | Case No. 2:18-cv-245- JRG |
| v. | |
| WELLS FARGO BANK, N.A. | |

## MINUTES FOR JURY SELECTION/JURY TRIAL DAY ONE
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 30, 2019

**OPEN:  9:25 a.m.**                                                                 **ADJOURN: 5:47 p.m.**

| ATTORNEYS FOR PLAINTIFF: | See attached. |
|---|---|
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Matthew Wood<br>Adam Ahnhut<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 9:25 a.m.<br>9:43 a.m. | Court opened.  Preliminary remarks to the jury panel.  Counsel introduced co-counsel and clients.   Jurors answer nine questions. |
| 10:09 a.m. | Voir Dire examination by Mr. Bunt for Plaintiff. |
| 10:40 a.m. | Voir Dire examination by Mr. Hill for Defendant. |
| 10:48 a.m. | Bench conference. |
| 10:49 a.m. | Voir dire examination by Mr. Hill for Defendant. |
| 11:10 a.m. | Bench conference.   Individual voir dire of selected jurors. |
| 11:50 a.m. | Recess. |
| 12:15 p.m. | Jury panel selected.   Remaining members of venire panel excused.   Panel sworn.  Court's instructions to the Jury. |
| 12:35 p.m. | Court recess. |
| 1:23 p.m. | Court reconvened.   Hearing outside the presence of the Jury. |
| 1:25 p.m. | Jury returned to the courtroom.   Court's instructions to the Jury. |
| 2:01 p.m. | Opening statement by Mr. Sheasby on behalf of Plaintiff. |

| TIME | MINUTES |
|---|---|
| 2:30 p.m. | Bench conference. Opening statement by Mr. Melsheimer. |
| 3:03 p.m. | Rule invoked excluding experts. |
| 3:04 p.m. | Recess. |
| 3:17 p.m. | Court reconvened. |
| 3:18 p.m. | Jury returned to the courtroom.   Direct examination of Michael Patrick Buche, Jr. by Mr. Sheasby. |
| 3:37 p.m. | Bench conference. |
| 3:39 p.m. | Direct examination of Michael Patrick Buche, Jr. by Mr. Sheasby. |
| 3:55 p.m. | Bench conference. |
| 3:56 p.m. | Direct examination of Michael Patrick Buche, Jr. by Mr. Sheasby. |
| 4:10 p.m. | Cross examination of Michael Patrick Buche, Jr. by Mr. Hill. |
| 4:36 p.m. | Bench conference.   Cross examination of Michael Patrick Buche, Jr. by Mr. Hill. |
| 4:41 pm. | Redirect examination of Michael Patrick Buche, Jr. by Mr. Sheasby. |
| 4:42 p.m. | Bench conference. |
| 4:45 p.m. | Redirect examination of Michael Patrick Buche, Jr. by Mr. Sheasby. |
| 4:46 p.m. | Video deposition of William Saffici shown. |
| 5:00 p.m. | Recess. |
| 5:11 p.m. | Court reconvened. |
| 5:12 p.m. | Jury returned to the courtroom   Court's instruction to Jury. |
| 5:14 p.m. | Direct examination of Thomas Conte, Ph.D. by Mr. Rowles. |
| 5:43 p.m. | Bench conference. |
| 5:45 p.m. | Jury excused until 8:30 a.m. |
| 5:46 p.m. | Hearing outside the presence of the Jury. |
| 5:47 p.m. | Court adjourned. |