# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION | § § § § § § § | Case No. 2:18-cv-245- JRG |
| v. | | |
| WELLS FARGO BANK, N.A. | | |

## MINUTES FOR JURY TRIAL DAY TWO
## HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### October 31, 2019

**OPEN:   8:40 a.m.**                                                                                   **ADJOURN:   6:00 p.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Matthew Wood<br>Adam Ahnhut<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| **TIME** | **MINUTES** |
|---|---|
| 8:40 a.m. | Court opened.   Exhibits used prior day read into the record. |
| 8:45 a.m. | Jury returned to the courtroom.<br>Direct examination of Thomas Conte, Ph.D. by Mr. Rowles. |
| 9:35 a.m. | Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 10:05 a.m. | Bench conference. |
| 10:09 a.m. | Recess. |
| 10:25 a.m. | Court reconvened.   Court ORDERED the parties to meet and confer re final jury instructions and verdict form to be submitted by 12:00 p.m., November 1, 2019. |
| 10:27 a.m. | Jury returned to the courtroom.   Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 10:43 a.m. | Bench conference. |
| 10:45 a.m. | Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 11:03 a.m. | Bench conference. |
| 11:04 a.m. | Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |

| TIME | MINUTES |
|---|---|
| 11:58 a.m. | Bench conference. |
| 11:59 a.m. | Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 12:05 p.m. | Lunch recess |
| 1:08 p.m. | Court reconvened.   Jury returned to the courtroom.<br>Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 1:24 p.m. | Bench conference. |
| 1:25 p.m. | Cross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 1:28 p.m. | Redirect examination of Thomas Conte, Ph.D. by Mr. Rowles. |
| 1:51 p.m. | Recross examination of Thomas Conte, Ph.D. by Mr. Melsheimer.   Bench conference |
| 1:57 p.m. | Recross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 1:58 p.m. | Bench conference.   Recross examination of Thomas Conte, Ph.D. by Mr. Melsheimer. |
| 2:03 p.m. | Direct examination of Matthew Calman by Ms. Glasser. |
| 2:36 p.m. | Bench conference. |
| 2:37 p.m. | Direct examination of Matthew Calman by Ms. Glasser. |
| 2:42 p.m. | Bench conference. |
| 2:43 p.m. | Direct examination of Matthew Calman by Ms. Glasser. |
| 3:04 p.m. | Ms. Glasser passed the witness. Bench conference. |
| 3:05 p.m. | Recess. |
| 3:06 p.m. | Hearing outside the presence of the Jury. |
| 3:07 p.m. | Recess. |
| 3:41 p.m. | Court reconvened. Bench conference. |
| 3:48 p.m. | Jury returned to the Courtroom.   Cross examination of Matthew Calman by Mr. Melsheimer. |
| 4:45 p.m. | Redirect examination of Matthew Calman by Ms. Glasser. |
| 4:51 pm. | Parties passed the witness.   Bench conference. |
| 4:52 p.m. | Direct examination of Roy Weinstein by Mr. Bunt. |
| 5:31 p.m. | Bench conference. |
| 5:34 p.m. | Direct examination of Roy Weinstein by Mr. Bunt. |
| 6:00 p.m. | Mr. Bunt addressed the deadline for submitting proposed jury instructions and the final verdict form.   The Court extended the deadline to 5:00 p.m. Friday, November 1, 2019.   Court adjourned. |