# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION | § § § § § § § | Case No. 2:18-cv-245- JRG |
| v. | | |
| WELLS FARGO BANK, N.A. | | |

## MINUTES FOR JURY TRIAL DAY 3
### HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
### November 1, 2019

**OPEN: 8:53 a.m.**                                                      **ADJOURN:   11:30 a.m.**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached. |
| ATTORNEYS FOR DEFENDANT: | See attached. |
| LAW CLERKS: | Matthew Wood<br>Adam Ahnhut<br>Christian Chessman |
| COURT REPORTER: | Shelly Holmes, CSR-TCRR |
| COURTROOM DEPUTY: | Jan Lockhart |

| TIME | MINUTES |
|---|---|
| 8:53 a.m. | Court opened.   Exhibits used prior day read into the record. |
| 8:58 a.m. | Jury returned to the courtroom. |
| 8:58 a.m. | Cross examination of Roy Weinstein by Mr. Hill. |
| 10:15 a.m. | Bench conference.   Recess. |
| 10:27 a.m. | Court reconvened.   Jury returned to the courtroom.<br>Cross examination of Roy Weinstein by Mr. Hill. |
| 10:35 a.m. | Bench conference. |
| 10:42 a.m. | Cross examination of Roy Weinstein by Mr. Hill. |
| 10:50 a.m. | Redirect examination of Roy Weinstein by Mr. Bunt. |
| 10:53 a.m. | Bench conference.   Redirect examination of Roy Weinstein by Mr. Bunt. |
| 11:21 a.m. | Recross examination of Roy Weinstein by Mr. Hill. |
| 11:24 am. | Redirect examination of Roy Weinstein by Mr. Bunt. |
| 11:26 a.m. | Recross examination of Roy Weinstein by Mr. Hill. |
| 11:27 a.m. | Bench conference. |

| **TIME** | **MINUTES** |
|---|---|
| 11:28 a.m. | Jury excused until Monday at 8:30 a.m. |
| 11:30 a.m. | Court adjourned. |