**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **UNITED SERVICES AUTOMOBILE ASSOCIATION,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO.  2:18-CV-00245-JRG** |
| **WELLS FARGO BANK, N.A.,** | § § § | |
| **Defendant.** | § | |

# **VERDICT FORM**

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be **<u>unanimous</u>**. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "USAA" refers to United Services Automobile Association.

- "Wells Fargo" refers to Wells Fargo Bank, N.A.

- The "'571 Patent" refers to United States Patent No. 8,977,571.

- The "'090 Patent" refers to United States Patent No. 9,818,090.

- The "Asserted Claims" refers collectively to Claims 1–6, 9, and 12–13 of the '571 Patent and Claims 1–4, 7, and 10 of the '090 Patent.

**<u>IT IS VERY IMPORANT THAT YOU FOLLOW THE</u>**

**<u>INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.</u>**

**<u>READ THEM CAREFULLY AND</u>**
**<u>ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>**

3

## **QUESTION NO. 1**

Did USAA prove by a preponderance of the evidence that Wells Fargo infringed **ANY** of the Asserted Claims?

Yes: __X__       No: _____

**If you answered "NO" to Question No. 1, then do not answer any more questions and proceed directly to the Final Page. If you answered "YES" to Question No. 1, then proceed to answer Question No. 2.**

## QUESTION NO. 2

Did USAA prove by a preponderance of the evidence that Wells Fargo willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: __X__      No: _____

**If you answered "YES" to Question No. 1, then proceed to answer Question No. 3. If you answered "NO" to Question No. 1, then do not answer Question No. 3.**

**QUESTION NO. 3:**

What sum of money, if any, paid now in cash, has USAA proven by a preponderance of the evidence would compensate USAA for its damages resulting from infringement through the date of trial?

Answer in United States Dollars and Cents, if any:

$ *200,000,000.00*

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The jury foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____ day of November, 2019.

_____
**Jury Foreperson**