IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **UNITED SERVICES AUTOMOBILE ASSOCIATION,** § § § | |
| **Plaintiff,** § § | |
| v. § | CIVIL ACTION NO. 2:18-CV-00245-JRG |
| § | |
| **WELLS FARGO BANK, N.A.,** § § | |
| **Defendant.** § | |

# FINAL JUDGMENT

A jury trial commenced in this case on October 30, 2019. On November 6, 2019, the jury returned a unanimous verdict (Dkt. No. 322) finding that Defendant Wells Fargo Bank, N.A. ("Wells Fargo") infringed one or more claims asserted by Plaintiff United Services Automobile Association ("USAA"), such claims being claims 1–6, 9, 12–13 of U.S. Patent No. 8,977,571 and claims 1–4, 7, 10 of U.S. Patent No. 9,818,090 (collectively, the "Asserted Claims"); that such infringement was willful; and that USAA should recover from Wells Fargo $200,000,000.00 for such infringement through the date of trial.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the jury's verdict, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Wells Fargo has infringed one or more of the Asserted Claims;

2. Wells Fargo has willfully infringed one or more of the Asserted Claims;

3. USAA is hereby awarded compensatory damages from and against Wells Fargo and shall accordingly have and recover from Wells Fargo the sum of $200,000,000.00 U.S. Dollars;

4. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, USAA is the prevailing party in this case and shall recover its costs from Wells Fargo, and USAA is directed to file its proposed Bill of Costs;

5. Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest applicable to all sums awarded herein, at the statutory rate, from the date of entry of this Judgment until paid; and further

6. All other relief requested by either party now pending before the Court and not specifically awarded herein is **DENIED**.

All other requests for relief regarding the above-captioned case, including pursuant to 35 U.S.C. §§ 284 and 285, shall be filed within 28 days of this Judgment.

The Clerk is directed to **CLOSE** the above-captioned case.

**So Ordered this**
**Nov 7, 2019**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE