# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, A TEXAS RECIPROCAL INTER-INSURANCE EXCHANGE; <br><br> *Plaintiff*, <br><br> v. <br><br> WELLS FARGO BANK, N.A., A NATIONAL BANKING ASSOCIATION; <br><br> *Defendant*. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 2:18-CV-00245-JRG |

## ORDER

Before the Court is Defendant's Agreed Motion for Extension of Time Regarding Post-Judgment Sur-Reply Briefing (the "Motion"). (Dkt. No. 370.) Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the parties' deadlines to file their sur-replies to post-judgment motions are extended. Accordingly, the following are deemed timely filed:

- Defendant Wells Fargo Bank, N.A.'s Sur-Reply to Motion by USAA for Award of Pre- and Post-Judgment Interest (Dkt. No. 371);

- Defendant Wells Fargo Bank, N.A.'s Sur-Reply in Opposition to Plaintiff United Services Automobile Association's Motion for Enhanced Damages (Dkt. No. 372);

- Wells Fargo's SurReply Brief in Opposition to United Services Automobile Association's Motion for Ongoing Royalty (Dkt. No. 373);

- United Services Automobile Association's Sur-Reply to Wells Fargo's Motion for Judgment as a Matter of Law (Dkt. No. 374);

- United Services Automobile Association's Sur-Reply in Response to Wells Fargo Bank N.A.'s Motion to Stay Execution of the Judgment Under 12 U.S.C. § 91 (Dkt. No. 375); and

- United Services Automobile Association's Sur-Reply to Wells Fargo Bank, N.A.'s Motion for a New Trial (Dkt. No. 376).

**So ORDERED and SIGNED this 14th day of September, 2020.**

_____<br>
RODNEY GILSTRAP<br>
UNITED STATES DISTRICT JUDGE