# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, A TEXAS RECIPROCAL INTER-INSURANCE EXCHANGE; | § § § § § § § § § § § § § § § | |
| *Plaintiff*, | | CIVIL ACTION NO. 2:18-CV-00245-JRG |
| v. | | |
| WELLS FARGO BANK, N.A., A NATIONAL BANKING ASSOCIATION; | | |
| *Defendant*. | | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 384.) In the Motion, Plaintiff United Services Automobile Association and Defendant Wells Fargo Bank, N.A. (collectively, the "Parties") inform the Court that they have reached a settlement in principle to resolve all claims asserted in the above-captioned case, and jointly request a stay of the case in order to finalize the settlement. Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that the above-captioned case is **STAYED** for sixty (60) days from the date of this Order, during which time appropriate dismissal papers shall be filed.

**So ORDERED and SIGNED this 22nd day of February, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE